**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KIMBERLY BRACEY**                                                  **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 3:25-cv-258-GHD-JMV**

**RUST COLLEGE AND MICHAEL HARPE**                          **DEFENDANTS**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW counsel for the Plaintiff, Jane A. Watson, and moves this honorable Court for leave to withdraw as counsel for Plaintiff. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

1. The law firm of Watson & Norris, PLLC is dissolving effective November 30, 2025.

2. Plaintiff has indicated that she would like Nick Norris and his new firm of Nick Norris, P.A., to continue to represent her in this action following the dissolution of Watson & Norris, PLLC.

WHEREFORE PREMISES CONSIDERED, undersigned counsel prays for an Order granting Jane A. Watson leave to withdraw as counsel for the Plaintiff in this matter.

THIS, the 24th day of November, 2025.

                                                   Respectfully submitted,
                                                   /s/ Jane A. Watson
                                                   JANE A. WATSON (MB# 106877)
                                                   Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: jane@watsonnorris.com
Web:  www.watsonnorris.com

## **CERTIFICATE OF SERVICE**

    I, Jane A. Watson, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

    SO CERTIFIED, this the November 24, 2025.

                                                   /s/ Jane A. Watson
                                                 JANE A. WATSON