IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KIMBERLY BRACEY**                                                  **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO.: 3:25-cv-258-GHD-JMV**

**RUST COLLEGE AND MICHAEL HARPE**                          **DEFENDANTS**

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW, Plaintiff in the above numbered and styled cause, and files her Motion for Extension of Time. In support thereof, Plaintiff would show as follows:

1. On November 20, 2025, the Defendants filed their Motion to Dismiss.

2. Plaintiff is requesting until December 11, 2025, to file her response to said Motion to Dismiss.

3. Plaintiff is request this extension as her counsel has been out of town for several days attending depositions, and additional time is needed to finish briefing the response.

4. This request is not for the purpose of delay. The Defense has been contacted and has no objection to said request for said extension of time.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that the Court extend the time for Plaintiff to respond to Defendant's Motion to Dismiss to December 11, 2025.

THIS, the 4th day of December, 2025.

                                                        Respectfully submitted,
                                                        s/Nick Norris
                                                        NICK NORRIS (MSB #101574)

OF COUNSEL:

NICK NORRIS, P.A.
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
601-641-4897
nick@nicknorris.law

## CERTIFICATE OF SERVICE

    I, NICK NORRIS , attorney for Plaintiff, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

    THIS, the 4th day of December, 2025.

                                     /s Nick Norris
                                      NICK NORRIS