IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KIMBERLY BRACEY                                                                                       PLAINTIFF

V.                                                              CIVIL ACTION NO.: 3:25-CV-258-GHD-JMV

RUST COLLEGE; and MICHAEL HARPE                                                          DEFENDANTS

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Presently before the Court is the Plaintiff's unopposed Motion [30] for additional time to file a response in opposition to the Defendants' pending motion to dismiss the Plaintiff's first amended complaint [22]. Upon due consideration, the Court finds that the motion should be granted. The Plaintiff is granted until December 11, 2025, to file any response in opposition to the subject motion.

IT IS THEREFORE hereby ORDERED that the Plaintiff's Unopposed Motion for Extension of Time [30] to file a response in opposition to the Defendants' pending motion to dismiss [22] is GRANTED. The Plaintiff is granted until December 11, 2025, to file any response in opposition to the subject motion.

SO ORDERED, this, the 8th day of December, 2025.

_____
SENIOR U.S. DISTRICT JUDGE