# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KIMBERLY BRACEY**                                         **PLAINTIFF**

**v.**                        **CIVIL ACTION NO.: 3:25-cv-258-GHD-JMV**

**RUST COLLEGE AND MICHAEL HARPE**                      **DEFENDANTS**

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COMES NOW the Plaintiff by and through counsel and serves this her Response to Defendants' Motion to Dismiss.

1. On November 20, 2025, Defendants filed their Motion to Dismiss. [Doc. 22].

2. Defendants contend Plaintiff First Amended Complaint fails to state a claim for which relief may be granted.

3. Plaintiff contends that she has alleged sufficient facts to support each claim.

4. As such, Defendants' motion to dismiss should be denied.

5. Alternatively Plaintiff request to amend her complaint should the Court determine additional facts need to be specified in the Complaint.

For the reasons explained in Plaintiff's supporting memorandum brief, the Defendants' Motion to Dismiss should be denied.

THIS the 11th day of November, 2025.

                                         Respectfully submitted,

                                         s/ Nick Norris
                                         NICK NORRIS (MB# 101574)
                                         Attorney for Plaintiff

OF COUNSEL:

NICK NORRIS, P.A.
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
(601) 641-4897
nick@nicknorris.law

## **CERTIFICATE OF SERVICE**

I, Nick Norris, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

SO CERTIFIED, this the 11th day of December, 2025.

                                             <u>s/ Nick Norris</u>
                                             NICK NORRIS