**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KIMBERLY BRACEY**                                                     **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.: 3:25-cv-258-GHD-JMV**

**RUST COLLEGE AND MICHAEL HARPE**                                    **DEFENDANTS**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff in the above numbered and styled cause, and submits her motion to file her Amended Complaint. In support thereof, Plaintiff would show as follows:

1. On August 29, 2025, Plaintiff filed her Complaint against Defendants. [Doc. 1]. Plaintiff filed her First Amended Complaint on November 6, 2025. [Doc. 17].

2. On November 20, 2025, Defendants filed their Motion to Dismiss, which argues that Plaintiff's Complaint does not sufficiently plead facts to support her claims. [Doc. 22].

3. Plaintiff contends that her First Amended Complaint sufficiently plead facts to support her claims. However, alternatively Plaintiff seeks to amend her Complaint to allege additional facts regarding the fraud by Defendants. Attached as Exhibit "A" is Plaintiff's proposed Amended Complaint

4. For the reasons identified in Plaintiff's memorandum Plaintiff requests that the Court grant Plaintiff's motion to amend if the Court determines Plaintiff's First Amended Complaint has not sufficiently pled facts regarding fraud.

5. Plaintiff has contacted Defendants regarding this request to amend. However, Plaintiff has not received a response yet as to whether they have an objection.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that she be granted leave to file her Second Amended Complaint.

THIS, the 26th day of December, 2025.

                                            Respectfully submitted,

                                            /s Nick Norris
                                             NICK NORRIS (MSB#101574)
                                            Attorney for Plaintiff

OF COUNSEL:

NICK NORRIS, P.A.
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
Phone: (601) 641-4897
nick@nicknorris.law

## CERTIFICATE OF SERVICE

I, Nick Norris, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, on all counsel of record.

THIS, the 26th day of December, 2025.

                                            /s  Nick Norris
                                            NICK NORRIS